# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1240
Lower Tribunal No. 2022-DR-1442

_____

BRETT ALAN BEECHER,

Appellant/Cross-Appellee,

v.

CHARLA NICOLE BEECHER,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Collier County.
Russell T. Kirshy, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Mark A. Sessums, of Sessums Law Group, P.A., Lakeland, for Appellant/Cross-Appellee.

Cynthia B. Hall and Parker R. Hall, of Silverio & Hall, P.A., Naples, for Appellee/Cross-Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED